1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL MCPHAIL, et al.,        )  Case No. 05-CV-0179-IEG (JMA)
                                    )
12                 Plaintiffs,      )  **CASE MANAGEMENT CONFERENCE**
                                    )  **ORDER REGULATING DISCOVERY AND**
13  v.                              )  **OTHER PRETRIAL PROCEEDINGS**
                                    )
14  FIRST COMMAND FINANCIAL         )  (Fed. R. Civ. P. 16)
    PLANNING, INC., et al.,         )  (Local Rule 16.1)
15                                  )  (Fed. R. Civ. P. 26)
                   Defendants.      )
16                                  )
                                    )
17  ──────────────────────────────

18      Pursuant to Rule 16 of the Federal Rules of Civil Procedure,

19  a telephonic Case Management Conference was held on November 2,

20  2007 at 9:00 a.m.  After consulting with the attorneys of record

21  for the parties and being advised of the status of the case, and

22  good cause appearing,

23      **IT IS HEREBY ORDERED:**

24      1.   A telephonic Case Management Conference shall be held

25  before Magistrate Judge Adler on **March 3, 2008** at **9:30 a.m.**

26  Counsel for each party shall appear telephonically at this

27  conference.  Counsel for Plaintiffs shall make all arrangements

28  for the conference call, and shall provide the Court and all

05cv0179

1  other participating counsel with the call-in telephone number and

2  any participant codes or passwords by no later than <u>February 27,</u>

3  <u>2008</u>.

4      2.   All discovery, other than expert discovery, shall be

5  completed by all parties on or before **July 25, 2008**.  "Completed"

6  means that all discovery under Rules 30 through 36 of the Federal

7  Rules of Civil Procedure must be initiated a sufficient period of

8  time in advance of the cutoff date, so that it may be <u>completed</u>

9  by the cutoff date, taking into account the times for service,

10 notice, and response as set forth in the Federal Rules of Civil

11 Procedure.  **All disputes concerning discovery shall be brought to**

12 **the attention of Magistrate Judge Adler no later than thirty (30)**

13 **days following the date upon which the event giving rise to the**

14 **dispute occurred.  For oral discovery, the event giving rise to**

15 **the discovery dispute is the completion of the transcript of the**

16 **affected portion of the deposition.  For written discovery, the**

17 **event giving rise to the discovery dispute is the service of the**

18 **response.  Counsel are required to meet and confer prior to**

19 **contacting the Court regarding all discovery disputes pursuant to**

20 **the requirements of Local Rules 16.5(k) and 26.1(a).**

21      3.   Plaintiffs' expert disclosures required by Fed. R. Civ.

22 P. 26(a)(2) shall be served on all parties on or before **August**

23 **22, 2008**.  Defendants' expert disclosures required by Fed. R.

24 Civ. P. 26(a)(2) shall be served on all parties on or before

25 **September 23, 2008**.  Any contradictory or rebuttal information

26 shall be disclosed on or before **October 23, 2008.**  In addition,

27 Fed. R. Civ. P. 26(e)(1) imposes a duty on the parties to

28 supplement the expert disclosures made pursuant to Fed. R. Civ.

05cv0179

1  P. 26(a)(2)(B) by the time that pretrial disclosures are due

2  under Fed. R. Civ. P. 26(a)(3) (discussed below).  This

3  disclosure requirement applies to all persons retained or

4  specially employed to provide expert testimony, or whose duties

5  as an employee of the party regularly involve the giving of

6  expert testimony.

7  **Please be advised that failure to comply with this section**

8  **or any other discovery order of the Court may result in the**

9  **sanctions provided for in Fed. R. Civ. P. 37, including a**

10 **prohibition on the introduction of experts or other designated**

11 **matters in evidence.**

12       4.  All expert discovery shall be completed by all parties

13 on or before **December 5, 2008**.

14       5.   All motions, other than motions to amend or join

15 parties, or motions in limine, shall be filed on or before

16 **December 19, 2008**.[1]  Motions will not be heard or calendared

17 unless counsel for the moving party has obtained a motion hearing

18 date from the law clerk of the judge who will hear the motion.

19 **Be advised that the period of time between the date you request a**

20 **motion date and the hearing date may be up to sixty (60) days.**

21 **Please plan accordingly.**  Failure of counsel to timely request a

22 motion date may result in the motion not being heard.

23       Briefs or memoranda in support of or in opposition to any

24 pending motion shall not exceed twenty-five (25) pages in length

25 without leave of the judge who will hear the motion.  No reply

26 _____

27       [1]Counsel should note that while historically motion cutoff
   deadlines issued by this Court were deadlines for motion hearings, the
28 motion cutoff dates now being issued establish deadlines for the
   parties to file motions.

05cv0179

1  memorandum shall exceed ten (10) pages without such leave of

2  court.

3          6.    A Mandatory Settlement Conference shall be conducted on

4  **February 9, 2009** at **10:00 a.m.** in the chambers of Magistrate

5  Judge Adler.   Counsel shall submit settlement statements **directly**

6  to Magistrate Judge Adler's chambers no later than **February 2,**

7  **2009**.   The parties may either submit confidential settlement

8  statements or may exchange their settlement statements.   Each

9  party's settlement statement shall set forth the party's

10  statement of the case, identify controlling legal issues,

11  concisely set out issues of liability and damages, and shall set

12  forth the party's settlement position, including the last offer

13  or demand made by that party, and a separate statement of the

14  offer or demand the party is prepared to make at the settlement

15  conference.   **The settlement conference briefs shall not be filed**

16  **with the Clerk of the Court.**

17       **All named parties, all counsel, and any other person(s)**

18  **whose authority is required to negotiate and enter into**

19  **settlement shall appear in person at the conference**.   **The**

20  **individual(s) present at the Mandatory Settlement Conference with**

21  **settlement authority must have the unfettered discretion and**

22  **authority on behalf of the party to:   1) fully explore all**

23  **settlement options and to agree during the Mandatory Settlement**

24  **Conference to any settlement terms acceptable to the party (*G.***

25  ***Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653**

26  **(7th Cir. 1989)), 2) change the settlement position of a party**

27  **during the course of the Mandatory Settlement Conference (*Pitman***

28  ***v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)),**

05cv0179

1  **and 3) negotiate a settlement without being restricted by any**

2  **predetermined level of authority (*Nick v. Morgan's Foods, Inc.*,**

3  **270 F.3d 590, 596 (8th Cir. 2001)).**

4      Governmental entities may appear through litigation counsel

5  only.  As to all other parties, appearance by litigation counsel

6  only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall</u>

7  <u>not</u> appear on behalf of a corporation as the party who has the

8  authority to negotiate and enter into a settlement.  **The failure**

9  **of any counsel, party or authorized person to appear at the**

10  **Mandatory Settlement Conference as required will result in the**

11  **immediate imposition of sanctions.**  All conference discussions

12  will be informal, off the record, privileged, and confidential.

13      7.    Counsel shall serve on each other and file their

14  Memoranda of Contentions of Fact and Law and take any other

15  action required by Local Rule 16.1(f)(2) on or before **February**

16  **23, 2009**.  On or before this date, the parties must also comply

17  with the pretrial disclosure requirements of Fed. R. Civ. P.

18  26(a)(3).

19      8.    Counsel shall confer and take the action required by

20  Local Rule 16.1(f)(4) on or before **March 2, 2009**.

21      9.    The Proposed Final Pretrial Conference Order, including

22  written objections, if any, to any party's Fed. R. Civ. P.

23  26(a)(3) pretrial disclosures, shall be prepared, served, and

24  lodged with the Clerk's Office on or before **March 9, 2009** and

25  shall be in the form prescribed in Local Rule 16.1(f)(6).  Any

26  objections shall comply with the requirements of Fed. R. Civ. P.

27  26(a)(3).  **Please be advised that the failure to file written**

28  **objections to a party's pretrial disclosures may result in the**

05cv0179

1 | **waiver of such objections, with the exception of those made**

2 | **pursuant to Rules 402 (relevance) and 403 (prejudice, confusion**

3 | **or waste of time) of the Federal Rules of Evidence.**

4 |     10.  The final pretrial conference is scheduled on the

5 | calendar of the Honorable Irma E. Gonzalez on **March 16, 2009** at

6 | **10:30 a.m.**  The trial date will be assigned by Judge Gonzalez at

7 | the pretrial conference.

8 |     11.  The dates and times set forth herein will not be

9 | modified except for good cause shown.

10 |     12.  Plaintiff's(s') counsel shall serve a copy of this

11 | order on all parties that enter this case hereafter.

12 |     **IT IS SO ORDERED.**

13 | DATED:  November 2, 2007

14 |                         Jan M. Adler

15 |                         U.S. Magistrate Judge

05cv0179